1004

No. 91–455. CRUDE CO. v. DEPARTMENT OF ENERGY ET AL. Temp. Emerg. Ct. App. Certiorari denied.

No. 91–458. RIVERSIDE MARKET LIMITED PARTNERSHIP ET AL. v. PRESCOTT. C. A. 5th Cir. Certiorari denied.

No. 91–464. TEAMSTERS LOCAL NO. 71 v. WALKER ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–473. GULF STATES UTILITIES CO. v. LOUISIANA PUBLIC SERVICE COMMISSION ET AL. Sup. Ct. La. Certiorari denied.

No. 91–479. MASSACHUSETTS v. REOPELL. C. A. 1st Cir. Certiorari denied.

No. 91–491. CONSOLIDATED FREIGHTWAYS, INC. v. WALKER ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–501. APONTE, MAYOR OF THE MUNICIPALITY OF CAROLINA, ET AL. v. HIRALDO-CANCEL ET AL. C. A. 1st Cir. Certiorari denied.

No. 91–579. MIN-CHUAN KU v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 91–624. ALEXANDER v. LOS ANGELES COUNTY ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–625. E–V CO. ET AL. v. URBAN REDEVELOPMENT AUTHORITY OF PITTSBURGH. Sup. Ct. Pa. Certiorari denied.

No. 91–632. MILLSPAUGH ET AL. v. COUNTY DEPARTMENT OF PUBLIC WELFARE OF WABASH COUNTY ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–634. INDEPENDENT NURSING HOME ASSN. ET AL. v. SMITH, DIRECTOR, MISSISSIPPI DIVISION OF MEDICAID IN THE OFFICE OF THE GOVERNOR, ET AL. C. A. 5th Cir. Certiorari denied.